Case 4:25-cv-05191   Document 7   Filed 02/26/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COUNCIL OF NIGERIAN MUSLIM ORGANIZATIONS, UNITED STATES OF AMERICA, INCORPORATED,<br>　　　Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ |
| VS. | § CIVIL ACTION NO. 4:25-CV-5191 |
| INTERCONTINENTAL HOTEL GROUP,<br>　　　Defendant. | |

## FINAL JUDGMENT

Under Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff filed its complaint on October 30, 2025. (Dkt. 1). On January 22, 2026, Magistrate Judge Yvonne Y. Ho admonished Plaintiff that failure to effectuate service against Defendant and to file proof of such service on or before February 23, 2026 could result in dismissal of this case. (Dkt. 5). The docket reflects that Plaintiff has not filed proof of service on Defendant.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE for want of prosecution.**

All pending motions in this case are **DENIED AS MOOT**. **THIS IS A FINAL JUDGMENT**.

Signed at Houston, Texas on February 26, 2026.

　　　　　　　　　　　　　　　　　　　_George C. Hanks, Jr_
　　　　　　　　　　　　　　　　　　　GEORGE C. HANKS, JR
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE